IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE WHITE, AN INDIVIDUAL,** | Case No. CV 16-5493-GW(ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | Judge: The Honorable George H. Wu |
| | Trial Date: May 22, 2018 |
| **OFFICER FETCH, ET AL.,** | |
| Defendants. | |

This matter came on regularly for trial on May 22, 2018, in Courtroom 9D of the above-entitled court before the Honorable George H. Wu, Judge Presiding.

Ephraim O. Obi appeared for plaintiff Bruce White. Deputy Attorney General Paul C. Epstein of the Office of the California Attorney General appeared for defendants State of California, acting by and through the California Highway Patrol, Matthew Fetch and Cory Villars.

A jury was empaneled and sworn on May 22, 2018. Witnesses were sworn

and examined and documentary evidence was received. Following instruction and closing arguments, the jury began its deliberations on May 24, 2018. On May 25, 2018, the jury returned the following verdict:

**I.     42 U.S.C. § 1983 -Violation of Constitutional Rights**

A.     Did Defendants Cory Villars or Matthew Fetch arrest Plaintiff Bruce White **without** having probable cause to believe Plaintiff had: (1) resisted arrest under California Penal Code § 148(a)(1), (2) kidnapped a person in violation of Penal Code §§ 207/208, or (3) committed a lewd act on a child age 15 in violation of Penal Code §288(c)(1).

____Yes          X   No

B.     Did either Cory Villars or Matthew Fetch use excessive force in detaining or arresting Plaintiff Bruce White?

____Yes          X   No

**II.    State Claims**

A.     Did either Cory Villars or Matthew Fetch commit an act of violence on Plaintiff Bruce White where a substantial motivating factor for the officer's conduct was his perception of Plaintiff's race?

____Yes          X   No

B. Did either Cory Villars or Matthew Fetch engage in act(s) of "outrageous conduct" intending to cause Plaintiff emotional distress which did cause Plaintiff to suffer severe emotional distress?

____Yes          X   No

If the jury's answer to any of the above questions is "Yes," there will be additional follow-up questions from the Court.

Dated: May 25, 2018                              /s/ Presiding Juror

WHEREFORE, BY REASON OF THE AFORESAID, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Bruce White shall take nothing by reason of his Second Amended Complaint on file herein, that defendants State of California, acting by and through the California Highway Patrol, Matthew Fetch and Cory Villars shall have judgment against Plaintiff, that the Second Amended Complaint shall be and hereby is dismissed with prejudice, and that defendants shall be entitled to statutory costs of suit pursuant to a timely filed Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and Local Rule 54-2, et seq.

Dated: June 11, 2018
                                        _____
                                        GEORGE H. WU, U.S. DISTRICT JUDGE